IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ROBERT OSBORNE,**

    **Plaintiff,**

v.                                        Civil Action No. 3:12cv084

**ASSET ACCEPTANCE, LLC,**

    **Defendant.**

**DEFENDANT ASSET ACCEPTANCE, LLC'S**
**RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant, Asset Acceptance, LLC, by counsel, makes the following statement identifying its parent corporations and listing any publicly held company that owns 10% or more of Asset Acceptance, LLC's stock:

- Asset Acceptance Capital Corp. is the parent company of Asset Acceptance, LLC.

- Defendant is unaware of any publicly held company that owns 10% or more of an ownership interest in Asset Acceptance, LLC.  Defendant is also unaware of the identity of any corporation, unincorporated association, partnership or other business entity, not a party to the case, which may have a financial interest in the outcome of this litigation.

**ASSET ACCEPTANCE, LLC**

By: /s/David N. Anthony
    David N. Anthony
    Virginia State Bar No. 31696
    *Counsel for Asset Acceptance, LLC*
    TROUTMAN SANDERS LLP
    1001 Haxall Point
    Richmond, VA 23219
    (804) 697-1200 (telephone)
    (804) 698-1339 (facsimile)
    Email: david.anthony@troutmansanders.com

    Alan D. Wingfield
    Virginia State Bar No. 27489
    *Attorney for Asset Acceptance, LLC*
    TROUTMAN SANDERS LLP
    1001 Haxall Point
    Richmond, Virginia 23219
    Telephone No.: (804) 697-1200
    Facsimile No.: (804) 697-1339
    Email: alan.wingfield@troutmansanders.com

    Virginia Bell Flynn
    Virginia State Bar No. 79596
    *Attorney for Asset Acceptance, LLC*
    TROUTMAN SANDERS LLP
    1001 Haxall Point
    Richmond, Virginia 23219
    Telephone No.: (804) 697-1200
    Facsimile No.: (804) 697-1339
    Email: virginia.flynn@troutmansanders.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of March, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

>Matthew James Erausquin
>Consumer Litigation Associates PC
>1800 Diagonal Rd., Suite 600
>Alexandria, VA  22314
>Telephone: 703-273-6080
>Facsimile: 888-892-3512
>Email: matt@clalegal.com
>*Attorney for Plaintiff*

>/s/David N. Anthony
>David N. Anthony
>Virginia State Bar No. 31696
>*Counsel for Asset Acceptance, LLC*
>TROUTMAN SANDERS LLP
>1001 Haxall Point
>Richmond, VA 23219
>(804) 697-1200 (telephone)
>(804) 698-1339 (facsimile)
>Email: david.anthony@troutmansanders.com

2142441v1